

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00479-CV

**EX PARTE R.A.L.**, Jr.

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019W0563
Honorable Ray Olivarri, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED denying the petition for expunction. It is ORDERED that appellant, the Texas Department of Public Safety, recover its costs of this appeal from appellee, R.A.L., Jr.

SIGNED February 5, 2020.

_____
Beth Watkins, Justice